IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:24-CR-00103-D-KS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **<u>ORDER TO SEAL</u>** |
| JOSHUA JAMES MIKSCH | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 32

be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a

signed copy of the Order to the United States Attorney's Office and to Counsel for

Defendant.

IT IS SO ORDERED, this the **24** day of February, 2026.

_____

JAMES C. DEVER III
United States District Judge