# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### No. 7:24-CR-103

UNITED STATES OF AMERICA )
)
v. )
)
JOSHUA JAMES MIKSCH, )          **ORDER**
)
)
Defendant.

The court GRANTS defendant's request for new counsel [D.E. 35]. The Federal Public Defender SHALL appoint new counsel for defendant.

SO ORDERED. This 24 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge